UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

ROBERT BENNINGTON,                    :      Case No. 1:14-cv-972
                                      :
        Petitioner,                   :      Judge Timothy S. Black
                                      :      Magistrate Judge Stephanie K. Bowman
vs.                                   :
                                      :
WARDEN, HOCKING                       :
CORRECTIONAL  FACILITY,               :
                                      :
        Respondent.                   :

**DECISION AND ENTRY**
**ADOPTING THE REPORT AND RECOMMENDATIONS (Doc. 16)**
**OF THE UNITED STATES MAGISTRATE JUDGE**

This case is before the Court pursuant to the Order of General Reference in the

United States District Court for the Southern District of Ohio Western Division to United

States Magistrate Judge Stephanie K. Bowman.  Pursuant to such reference, the

Magistrate Judge reviewed the pleadings filed with this Court, and, on January 19, 2016,

submitted a Report and Recommendations ("R&R").  (Doc. 16).  Petitioner objected to

the R&R.  (Doc. 17).[1]

As required by 29 U.S.C. § 636(b) and Fed. R. Civ. P. 72(b), the Court has

reviewed the comprehensive findings of the Magistrate Judge and considered *de novo*

all of the filings in this matter.  Upon consideration of the foregoing, the Court does

---

[1] Petitioner requests that the Court review his case on the merits, in the interest of justice.  The
Court cannot do so because it does not have jurisdiction  over the habeas petition, for the reasons
set forth in the R&R.

determine that such R&R and Supplemental R&R should be and are hereby **ADOPTED**

in their entirety.  Accordingly, for the foregoing reasons:

Accordingly, for the foregoing reasons:

1.      Respondent's Motion to Dismiss (Doc. 12) is **GRANTED**;

2.      The Clerk shall enter judgment accordingly, whereupon this civil action is **TERMINATED** in this Court.

**IT IS SO ORDERED**.

Date: 2/22/16

Timothy S. Black
United States District Judge

2